428 A.2d 261

Commonwealth v. Bostic, Appellant.

Submitted March 23, 1979.   Robert O. Baldi, Assistant Public Defender, for appellant;   Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J., filed a memorandum dissenting statement.